# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

**Lewis Stanton Dotson**
**1617 Wabash Avenue**
**P.O. Box 527**                                             **Case No. MISC-06-20-E-DRH**
**Mattoon, IL 61938**

**an Attorney,**

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Mr. Lewis Stanton Dotson's application for reinstatement to practice in the United States District Court for the Southern District of Illinois. Pursuant to **SDIL-LR 83.4(g)(3) and (4)**, the Court **APPOINTS** Phillip Kavanaugh to investigate applicant Dotson and to cross-examine him at his reinstatement hearing. The reinstatement hearing will be held on **October 2, 2007 at 9:30 a.m.**

**IT IS SO ORDERED.**

Signed this 17th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**